### E–LYNXX CORPORATION, Plaintiff–Appellant

v.

### INNERWORKINGS, INC., Cirqit.Com, Inc., Defendants–Appellees.

No. 2014–1349.

United States Court of Appeals, Federal Circuit.

Feb. 9, 2015.

Darren Patrick Nicholson, Sayles Werbner, P.C., Dallas, TX, argued for plaintiff-appellant. Also represented by Mark Strachan; Jonathan Tad Suder, Brett Michael Pinkus, Friedman, Suder & Cooke, Fort Worth, TX.

Daryl Joseffer, King & Spalding LLP, Washington, DC, argued for defendant-appellee InnerWorkings, Inc. Also represented by Adam Conrad, Charlotte, NC; Jennifer H. Doan, Joshua R. Thane, Haltom & Doan, Texarkana, TX.

Jennifer E. Hoekel, Armstrong Teasdale LLP, St. Louis, MO, for defendant-appellee Cirqit.com, Inc. Also represented by Jessica Mendez, Richard L. Brophy.

PROST, Chief Judge, BRYSON and WALLACH, Circuit Judges.

### JUDGMENT

PER CURIAM.

THIS CAUSE having been heard and considered, it is

ORDERED AND ADJUDGED:

**AFFIRMED.** *See* **Fed. Cir. R. 36.**